UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE GOTTHELF,

                    Plaintiff,

-against-

NEWS CORPORATION, NYP HOLDINGS, INC., COL ALLAN and KEITH POOLE, in their individual and professional capacities,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/14/2022__

22 Civ. 421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated March 3 and 10, 2022. ECF Nos. 26–28. Accordingly,

1. Defendants' requests for leave to file motions to dismiss are GRANTED;
2. By **April 19, 2022**, Defendants shall file their motions to dismiss;
3. By **May 10, 2022**, Plaintiff shall file her opposition papers;
4. By **May 24, 2022**, Defendants shall file any replies.

SO ORDERED.

Dated: March 14, 2022
       New York, New York

                                                ANALISA TORRES
                                                United States District Judge