```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/22/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MICHELLE GOTTHELF,

                Plaintiff,

-against-

NEWS CORPORATION, NYP HOLDINGS, INC., COL ALLAN and KEITH POOLE, in their individual and professional capacities,

                Defendants.

22 Civ. 421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated March 17 and 21, 2022. ECF Nos. 30, 33. Accordingly,

1. Defendants New Corporation, NYP Holfings, Inc., and Keith Poole's request for a stay of discovery is DENIED without prejudice to renewal after the completion of the briefing on the motions to dismiss;
2. The parties' request to delay the entry of the case management plan and scheduling order is DENIED;
3. The parties' request to adjourn the deadlines for briefing the motions to dismiss is GRANTED. By **May 10, 2022**, Defendants shall file their motions to dismiss. By **May 31, 2022**, Plaintiff shall file her opposition papers. By **June 14, 2022**, Defendants shall file any replies.

The Clerk of Court is directed to terminate the motions pending at ECF Nos. 30 and 33.

SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge