UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHELLE GOTTHELF,

                        Plaintiff,                     : No.: 1:22-cv-00421 (AT)

      -against-                                : **STIPULATION OF**
                                             : **VOLUNTARY DISMISSAL**
NEWS CORPORATION, NYP HOLDINGS, INC., : **WITH PREJUDICE**
COL ALLAN, and KEITH POOLE,                 : **PURSUANT TO**
*in their individual and professional capacities*, : **FED.R.CIV.P. 41(a)(1)(A)(ii)**

                       Defendants.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, *with prejudice*, against all Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
         April 26, 2022

WIGDOR LLP

*(signature)*

**Douglas Wigdor**
85 Fifth Avenue
New York, NY 10003
Tel: (212) 257-6800
dwigdor@wigdorlaw.com
*Attorneys for Plaintiff*

MINTZ & GOLD LLP

*(signature)*

Steven G. Mintz
600 Third Avenue, 25th Floor
New York, NY 10016
Tel: (212) 696-4848
mintz@mintzandgold.com
*Attorneys for Defendants News Corporation, NYP Holdings, Inc., and Keith Poole*

VINSON & ELKINS LLP

*(signature)*

Clifford Thau
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: (212) 237-0012
cthau@velaw.com
*Attorneys for Defendant Col Allan*